[No. 11368–2–I.  Division One.  May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
NICHOLAS PILLA, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 81-1-02913-9, Robert M. Elston, J., entered January 22, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Corbett, JJ.